IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re SEALED *QUI TAM* COMPLAINT | ) ) ) ) Case No. ) ) ) ) |

# NOVO NORDISK INC.'S
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Novo Nordisk Inc. hereby states that it is a wholly owned subsidiary of its parent company, Novo Nordisk US Holdings, Inc. Novo Nordisk US Holdings, Inc. is a wholly owned subsidiary of Novo Nordisk A/S, which is headquartered in Bagsvaerd, Denmark. No publicly held company owns ten percent (10%) or more of the stock of Novo Nordisk A/S.

Dated: June 14, 2016                    Respectfully submitted,

/s/Jack W. Pirozzolo
Jack W. Pirozzolo (BBO# 564879)
SIDLEY AUSTIN LLP
60 STATE STREET, 36TH FLOOR
BOSTON, MA 02109
Telephone: (617) 223-0304
Facsimile: (617) 223-0301
Email: jpirozzolo@sidley.com

*Counsel for Novo Nordisk Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2016, I served a true and accurate copy of the foregoing upon Gregg Shapiro of the U.S. Attorney's Office for the District of Massachusetts via overnight courier.

/s/Jack W. Pirozzolo
Jack W. Pirozzolo