UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                MBD Action
                No: 16-91199-NMG

IN RE: Novo Norkdisk, Inc.

## ORDER OF RECUSAL

GORTON, U.S.D.J.

    Pursuant to 28, U.S.C., Section 455 , I hereby recuse myself from any further proceedings in the above-entitled case.

                /s/ Nathaniel M. Gorton
                Nathaniel M. Gorton
                United States District Judge

June 16, 2016

To: All Counsel